## Jennie Shaffner, Appellee, v. B. M. Shaffner, Appellant.

### Gen. No. 18,015.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. LOCK-WOOD HONORÉ, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Attachment for contempt sued out by Jennie Shaffner against B. M. Shaffner for failure of defendant to pay certain instalments of alimony. From an order committing defendant for contempt, defendant appeals.

B. M. SHAFFNER, *pro se.*

P. H. BISHOP, for appellee.

MR. JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

1. DIVORCE, § 121*—*when statute of limitations no bar to payment of alimony.* A decree providing for the payment of alimony in instalments is a continuing order as to which the statute of limitations does not run until the last instalment becomes due.

2. DIVORCE, § 121*—*sufficiency of answer on attachment for failure to pay alimony.* Sworn answer of divorced husband on attachment for contempt, *held* not to show his inability to pay fifty dollars per month alimony where it shows his living expenses are extravagant and does not state his earnings in his business.

3. DIVORCE, § 121*—*burden of proving inability to pay alimony.* Divorced husband cited to show cause for failure to pay alimony has burden of proving his inability to pay.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.